Dear Honorable Judge Hollander,

My name is James Gray, and I am the oldest brother of David Fulton Jr. I live in New Cumberland, Pennsylvania, where I work as a member advocate for a dental insurance company. Throughout my life, I have been deeply engaged in community service, volunteering with programs such as the Young Adult Internship Program, NYC's Youth at Risk Program, Tri-County Action Network, and the Young Professionals of Color. Service and advocacy have always been central to my values, and I share this to underscore the sincerity of my words about my brother.

From childhood into adulthood, David has consistently displayed qualities that define strong character: positivity, compassion, bravery, generosity, and thoughtfulness. As a boy, he helped elderly neighbors carry groceries home, assisted me at St. John's Recreation Center, and eagerly sought to understand how things worked. His bravery was evident in the way he defended his younger siblings and intervened to stop fights among classmates. David has always stood against bullying and injustice.

David's compassion extended not only to strangers and classmates but also to me, his older brother, during one of the most difficult times in my life. When I was homeless with my family, it was David who stepped in to provide food and money. This was my little brother helping me in my time of need, showing a depth of generosity and responsibility that left a lasting impression. His actions demonstrated not only his love for family but also his instinct to care for others when they are most vulnerable.

David has endured profound hardship, most notably the tragic loss of his father to suicide when he was only six years old. This devastating event took place in David's own bedroom, leaving a wound no child should ever have to bear. Yet David transformed his grief into strength, channeling his father's love for cooking into a career as a line cook at Magic Soul Food Restaurant in New York City. His resilience in the face of such adversity is extraordinary.

Since his arrest, I have witnessed David engage in profound reflection. Our regular conversations reveal a young man who is using this time to grow mentally and spiritually. He now speaks with clarity, passion, and determination about his future. I am committed to standing beside him as the older brother he needs, providing guidance, stability, and unwavering support. With access to mental health counseling, career guidance, and housing resources, I am confident David will thrive and become a productive, compassionate member of society.

Your Honor, I respectfully ask that you see David not only for his mistakes but for the remarkable qualities he has demonstrated throughout his life. The photographs accompanying this letter reflect the same truth my words convey: David is a man of

resilience, kindness, and potential. With the right support, he will continue to grow into the person our family and community know him to be.

Thank you for your time and consideration.

Respectfully,

**James Gray**
Oldest Brother of David Fulton Jr.