Dear Honorable Judge Hollander

My name is Tonisha Fulcher and I am the oldest sister to my siblings. Many of my siblings refer to me as their second mother. I am solely responsible for mu siblings and my mother moving to Pennsylvania. I have had custody of my brother david fulton since he was 15 years old till adulthood. He moved into Hallmanor public housing with my husband and I. My brother attended a high-school called John Harris High School. David struggled with adjusting to being back in school so together we agreed that job corps would be better for him. David Fulton signed up and was set to leave but my mother had an emergency and my brother made the difficult choice to leave provide support for my mother instead of going away to achieve his dream of being a

mechanic and owning a car repair shop. Once my mother was stable my brother returned back to my husband and I. I know some will focus on the death by suicide that played a traumatic role in my brother's life. Which caused him not to speak for a while and go to the bathroom on himself. Or how it changed my family's lives forever. Or the fact that non one the family on his fathers side came by offered help nor words of support for the kids. This caused us as siblings to feel like we all that we have and we have to support and take care of our family by any means necessary. Then to top it off no one recieved any form of counseling for what they had witnessed. I witnessed my brother's personal battle with mental illness. I watched my brother struggle with identifying that something was not completely right within himself mentally.

Then I watched him go different mood swings including depression. Then I watched my brother try to find resources to help him. Do I think that these are the long lasting side effects of the tragedy that occurred in his life yes I do. While reading this letter your honor. I am not asking for you to feel bad for my brother or my family. I am asking you to please see my brother for more than his mistakes he has made in his life. Please view my brother as a human being with a checkered background and not just that charges set before you.